Woodrow LAWSON, Appellant,

v.

STATE of Missouri, Respondent.

No. 71294.

Missouri Court of Appeals,
Eastern District,
Division One.

May 6, 1997.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Woodrow Lawson, appeals from the judgment of the Circuit Court of Washington County denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm pursuant to Rule 84.16(b).

Timothy DEBELLA, Appellant,

v.

STATE of Missouri, Respondent.

No. 70776.

Missouri Court of Appeals,
Eastern District,
Division One.

May 6, 1997.

S. Paige Canfield, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Timothy Debella, appeals from the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm pursuant to Rule 84.16(b).